UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ADRIAN BROUSSARD** | * | **CIVIL ACTION NO. 25-2532** |
| **VERSUS** | * | **JUDGE ELDON E. FALLON** |
| **WARDEN E. DUSTIN BICKHAM** | * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

\*    \*    \*    \*    \*    \*    \*    \*

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, R. Doc. 8, and the failure of Petitioner to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly;

**IT IS ORDERED** that Adrian Broussard's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time barred.

New Orleans, Louisiana, this 7th day of July, 2026.

_____
THE HONORABLE ELDON E. FALLON